UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CORY HEDRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:13-CV-409-TAV-HBG |
| ) | |
| TENNESSEE VALLEY AUTHORITY ) | |
| BOARD OF DIRECTORS, for TENNESSEE ) | |
| VALLEY AUTHORITY, and all its ) | |
| successors in interest, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

For the reasons stated in the memorandum opinion entered contemporaneously with this order, Defendant's Motion to Dismiss [Doc. 7] is hereby **GRANTED** and plaintiff's complaint is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT